

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Elke Crump and Steven Michael Perry,
Appellants

No. 06-12-00063-CV        v.

Margarete Frenk, Appellee

Appeal from the County Court at Law #2 of Gregg County, Texas (Tr. Ct. No. 2010-2474-CCL2). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to eliminate the injunctive relief afforded to Frenk and to correct the judgment to reflect that Crump is to execute a deed conveying a life estate interest in the subject property to Frenk as grantee and deliver said deed. As modified, the judgment of the trial court is affirmed.

We further order that the appellants and appellee shall each pay one half of all costs of appeal.

RENDERED JUNE 5, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk